# UNITED STATES DISTRICT COURT
## District of Minnesota

Lee Michael Pederson,

                Plaintiff,

v.

Harvey Kesner, Barry Honig, Steven Rubin, Jane Hsiao, Brian Keller, Opko Health, Inc., Michael Brauser,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-2256 ECT/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Lee Michael Pederson is restricted from prosecuting new cases in this District, regardless of whether the case is filed or removed here, against Defendants named in this case or based on the same nucleus of operative allegations as those in this lawsuit, *Pederson I*, and *Pederson II*, unless he is represented by counsel or obtains prior written authorization to file a case or to prosecute a removed action from a judicial officer of this District.
2. Plaintiff Lee Michael Pederson shall pay $20,000 to Defendants Steven Rubin, Jane Hsiao, and OPKO Health, Inc. as a sanction pursuant to Rule 11 of the Federal Rules of Civil Procedure.
3. The claims against Defendants Harvey Kesner, Barry Honig, Michael Brauser, and Brian Keller are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Date: 9/7/2022                                                                        KATE M. FOGARTY, CLERK